NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE TD AMERITRADE, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 107

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 10-CV-320, Chief Judge David J. Folsom.

-----------------------------------------------------------------------

---

**IN RE SCOTTRADE, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 109

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 10-CV-320, Chief Judge David J. Folsom.

---

## ON MOTION

---

## O R D E R

Ganas, LLC moves without opposition for a thirty-two day extension of time, until January 9, 2012, to file its joint opposition to the petitions for writ of mandamus filed by petitioners TD Ameritrade, Inc. and Scottrade, Inc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

NOV 3 0 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Michael Hawes, Esq.
     Zachariah Spear Harrington., Esq.
     Jason M. Schwent, Esq.
     Clerk, United States District Court for the Eastern District of Texas

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 3 0 2011

JAN HORBALY
CLERK